Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:      (212) 292-5391
*Attorneys for Plaintiff*
*Loewe, S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOEWE, S.A., <br><br> *Plaintiff* <br><br> v. <br><br> BAODING BAIGOU ZHUOQUN LEATHER PRODUCTS CO., LTD., DONGGUAN CHANGAN NIKE JEWELRY STORE, FUZHOU GREEN STAR FASHION LIFE CO., LTD., FUZHOU INTERNET STAR INFORMATION TECHNOLOGY CO., LTD., FUZHOU WENDEWU E-COMMERCE CO., LTD., GUANGZHOU BAHA INTERNATIONAL TRADE CO., LTD., GUANGZHOU NEW NICE JEWELRY CO.LTD, GUANGZHOU TINLEE LEATHER CO., LTD., GUANGZHOU WANJIA JEWELRY CO., LTD., HAINAN TANGHUI INDUSTRIAL CO., LTD., HANGZHOU HUANGXUAN TRADING CO., LTD., HANGZHOU ZHENGLONG IMPORT AND EXPORT CO., LTD., HENAN SONGKUN IMPORT AND EXPORT LTD, HENAN XIAOKANGNING IMPORT AND EXPORT CO., LTD., HUNAN SAIQUN NETWORK CO., LTD., JIANGXI SHANGXINZHE ELECTRONIC TECHNOLOGY CO., LTD., JINHUA | **24-cv-4002 (JLR)** <br><br> ~~**[PROPOSED]**~~ <br> **UNSEALING ORDER** |

1

HOTWAY JEWELRY CO., LTD., JINHUA WUCHENG IYAN TRADING FIRM, LIHUI IMPORT AND EXPORT LIMITED, NANJING ZHONGYI TRADING CO., LTD., NANTONG AOHONG ELECTRONIC COMMERCE CO., LTD., NINGBO ROYAL UNION CO., LTD., QUANZHOU BOLISI TRADING CO., LTD., SHENZHEN HUAXIN JEWELRY CO., LTD., SHENZHEN MEILIYISHENG TRADING CO., LTD., URUMQI SIMONSPARK INTERNATIONAL TRADE CO., LTD., WENZHOU TUDOU PACKAGING CO., LTD., XIAMEN BLISS E-COMMERCE CO., LTD., XIAMEN XINSTART IMPORT & EXPORT CO., LTD., XIAMEN YIREPIN INDUSTRY AND TRADE CO., LTD., YIWU BE LUCKY HANDBAG CO., LTD., YIWU BUSHENG IMPORT AND EXPORT CO., LTD., YIWU FANGXIN TRADING CO., LTD., YIWU HONGMAO TRADING CO., LTD., YIWU JOJO FASHION ACCESSORIES CO., LTD., YIWU LIANJIE JEWELRY CO., LTD., YIWU MARKET UNION CO., LTD., YIWU OUZI JEWELRY FACTORY, YIWU SHANGLAN JEWELRY CO., LTD., YIWU WENYAN TRADING CO., LTD., YIWU YANGLI E-COMMERCE CO., LTD., YIWU YANYAN JEWELRY CO., LTD., YIWU YOMO JEWELRY FACTORY and ZAOQIANG COUNTY DAYING TOWN CAOYI FUR FACTORY,

*Defendants*

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this __28th__ day of ____June____, 2024, at ___12:30 p__.m.
New York, New York

                                                    *Jennifer Rochon*
HON. JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE