EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor, New York, NY 10017
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

Plaintiff's request for a two (2) week extension of time to move for default judgment is GRANTED. Plaintiff's Default Judgment Motion must be filed by July 20, 2026.

Dated: July 6, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

July 2, 2026

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** ***Loewe, S.A. v. Baoding Baigou Zhuoqun Leather Products Co., Ltd., et al.***
**Case No. 24-cv-4002 (JLR)**
**Request to Extend Deadline for Default Judgment Motion**

Dear Judge Rochon,

We represent Plaintiff Loewe, S.A. ("Plaintiff") in the above-referenced action (the "Action").[1] On June 16, 2026, the Court entered an Order directing Plaintiff to move for default judgment ("Default Judgment Motion") as to the remaining forty-one (41) Defaulting Defendants[2] by July 6, 2026. (Dkt. 51). Plaintiff respectfully requests a two (2) week extension to file its Default Judgment Motion as Plaintiff is requesting clarification from Epstein Drangel's Beijing office regarding a Hague service update. Extending the deadline for Plaintiff to file its Default Judgment Motion two (2) weeks will allow Plaintiff time to confirm Hague service details. In accordance with Your Honor's Individual Rules of Practice, Plaintiff submits the following:

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint.

[2] Defaulting Defendants are Fuzhou Wendewu E-Commerce Co., Ltd,Guangzhou Baha International Trade Co., Ltd., Guangzhou New Nice Jewelry Co.ltd, Guangzhou Wanjia Jewelry Co., Ltd., Hainan Tanghui Industrial Co., Ltd., Hangzhou Huangxuan Trading Co., Ltd., Hangzhou Zhenglong Import And Export Co., Ltd., Hunan Saiqun Network Co., Ltd., Jinhua Hotway Jewelry Co., Ltd., Jinhua Wucheng Iyan Trading Firm, Lihui Import And Export Limited, Nanjing Zhongyi Trading Co., Shenzhen Huaxin Jewelry Co., Ltd., Urumqi Simonspark International Trade Co., Ltd., Wenzhou Tudou Packaging Co., Ltd., Xiamen Bliss E-Commerce Co., Ltd., Xiamen Yirepin Industry And Trade Co., Ltd., Yiwu Busheng Import And Export Co., Ltd., Yiwu Fangxin Trading Co., Ltd., Yiwu Hongmao Trading Co., Ltd., Yiwu Jojo Fashion Accessories Co., Ltd., Yiwu Lianjie Jewelry Co., Ltd., Yiwu Market Union Co., Ltd., Yiwu Ouzi Jewelry Factory, Yiwu Shanglan Jewelry Co., Ltd., Yiwu Wenyan Trading Co., Ltd., Yiwu Yangli E-Commerce Co., Ltd., Yiwu Yanyan Jewelry Co., Ltd., Yiwu Yomo Jewelry Factor, Baoding Baigou Zhuoqun Leather Products Co., Ltd., Fuzhou Green Star Fashion Life Co., Ltd., Fuzhou Internet Star Information Technology Co., Ltd., Guangzhou Tinlee Leather Co., Ltd., Henan Songkun Import And Export Ltd, Henan Songkun Import And Export Ltd, Henan Xiaokangning Import And Export Co., Ltd., Nantong Aohong Electronic Commerce Co., Ltd., Ningbo Royal Union Co., Ltd., Quanzhou Bolisi Trading Co., Ltd., Shenzhen Meiliyisheng Trading Co., Ltd., Yiwu Be Lucky Handbag Co., Ltd., and Zaoqiang County Daying Town Caoyi Fur Factory.

1. **Original Due Date and New Date Requested**: Plaintiff's current deadline to file its Default Judgment Motion is July 6, 2026. Plaintiff respectfully requests to file its Default Judgment Motion by July 20, 2026.
2. **The number of previous requests for extensions**: None, this is Plaintiff's first request for an extension of time to file its Default Judgment Motion.
3. **Whether the previous requests were granted or denied**: N/A
4. **Whether the adversary consents**: Given that Defendants are in default, Plaintiff did not seek Defendants consent.

We thank the Court for its time and consideration.

Respectfully submitted,
**EPSTEIN DRANGEL LLP**

BY: /s/ Melissa Levine

Melissa Levine
mlevine@ipcounselors.com
6 East 45th Street, 7th Floor
New York, New York 10017
(212) 292-5390
*Attorneys for Plaintiff*
*Loewe, S.A.*