Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Loewe, S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOEWE, S.A.,<br><br>*Plaintiff*<br><br>v.<br><br>BAODING BAIGOU ZHUOQUN LEATHER PRODUCTS CO., LTD., DONGGUAN CHANGAN NIKE JEWELRY STORE, FUZHOU GREEN STAR FASHION LIFE CO., LTD., FUZHOU INTERNET STAR INFORMATION TECHNOLOGY CO., LTD., FUZHOU WENDEWU E-COMMERCE CO., LTD., GUANGZHOU BAHA INTERNATIONAL TRADE CO., LTD., GUANGZHOU NEW NICE JEWELRY CO.LTD, GUANGZHOU TINLEE LEATHER CO., LTD., GUANGZHOU WANJIA JEWELRY CO., LTD., HAINAN TANGHUI INDUSTRIAL CO., LTD., HANGZHOU HUANGXUAN TRADING CO., LTD., HANGZHOU ZHENGLONG IMPORT AND EXPORT CO., LTD., HENAN SONGKUN IMPORT AND EXPORT LTD, HENAN XIAOKANGNING IMPORT AND EXPORT CO., LTD., HUNAN SAIQUN NETWORK CO., LTD., JIANGXI SHANGXINZHE ELECTRONIC TECHNOLOGY | **CIVIL ACTION NO. 24-cv-4002 (JLR)**<br><br>**AMENDED ~~[PROPOSED]~~ FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION ORDER** |

CO., LTD., JINHUA HOTWAY JEWELRY CO., LTD., JINHUA WUCHENG IYAN TRADING FIRM, LIHUI IMPORT AND EXPORT LIMITED, NANJING ZHONGYI TRADING CO., LTD., NANTONG AOHONG ELECTRONIC COMMERCE CO., LTD., NINGBO ROYAL UNION CO., LTD., QUANZHOU BOLISI TRADING CO., LTD., SHENZHEN HUAXIN JEWELRY CO., LTD., SHENZHEN MEILIYISHENG TRADING CO., LTD., URUMQI SIMONSPARK INTERNATIONAL TRADE CO., LTD., WENZHOU TUDOU PACKAGING CO., LTD., XIAMEN BLISS E-COMMERCE CO., LTD., XIAMEN XINSTART IMPORT & EXPORT CO., LTD., XIAMEN YIREPIN INDUSTRY AND TRADE CO., LTD., YIWU BE LUCKY HANDBAG CO., LTD., YIWU BUSHENG IMPORT AND EXPORT CO., LTD., YIWU FANGXIN TRADING CO., LTD., YIWU HONGMAO TRADING CO., LTD., YIWU JOJO FASHION ACCESSORIES CO., LTD., YIWU LIANJIE JEWELRY CO., LTD., YIWU MARKET UNION CO., LTD., YIWU OUZI JEWELRY FACTORY, YIWU SHANGLAN JEWELRY CO., LTD., YIWU WENYAN TRADING CO., LTD., YIWU YANGLI E-COMMERCE CO., LTD., YIWU YANYAN JEWELRY CO., LTD., YIWU YOMO JEWELRY FACTORY and ZAOQIANG COUNTY DAYING TOWN CAOYI FUR FACTORY

*Defendants*

## GLOSSARY

| **Term** | **Definition** | **Docket Entry No.** |
|---|---|---|
| **Plaintiff or Loewe** | Loewe, S.A. | N/A |
| **Defendants** | Baoding Baigou Zhuoqun Leather Products Co., Ltd., Dongguan Changan Nike Jewelry Store, Fuzhou Green Star Fashion Life Co., Ltd., Fuzhou Internet Star Information Technology Co., Ltd., Fuzhou Wendewu E-Commerce Co., Ltd., Guangzhou Baha International Trade Co., Ltd., Guangzhou New Nice Jewelry Co.ltd, Guangzhou Tinlee Leather Co., Ltd., Guangzhou Wanjia Jewelry Co., Ltd., Hainan Tanghui Industrial Co., Ltd., Hangzhou Huangxuan Trading Co., Ltd., Hangzhou Zhenglong Import And Export Co., Ltd., Henan Songkun Import And Export Ltd, Henan Xiaokangning Import And Export Co., Ltd., Hunan Saiqun Network Co., Ltd., Jiangxi Shangxinzhe Electronic Technology Co., Ltd., Jinhua Hotway Jewelry Co., Ltd., Jinhua Wucheng Iyan Trading Firm, Lihui Import And Export Limited, Nanjing Zhongyi Trading Co., Ltd., Nantong Aohong Electronic Commerce Co., Ltd., Ningbo Royal Union Co., Ltd., Quanzhou Bolisi Trading Co., Ltd., Shenzhen Huaxin Jewelry Co., Ltd., Shenzhen Meiliyisheng Trading Co., Ltd., Urumqi Simonspark International Trade Co., Ltd., Wenzhou Tudou Packaging Co., Ltd., Xiamen Bliss E-Commerce Co., Ltd., Xiamen Xinstart Import & Export Co., Ltd., Xiamen Yirepin Industry And Trade Co., Ltd., Yiwu Be Lucky Handbag Co., Ltd., Yiwu Busheng Import And Export Co., Ltd., Yiwu Fangxin Trading Co., Ltd., Yiwu Hongmao Trading Co., Ltd., Yiwu Jojo Fashion Accessories Co., Ltd., Yiwu Lianjie Jewelry Co., Ltd., Yiwu Market Union Co., Ltd., Yiwu Ouzi Jewelry Factory, Yiwu Shanglan Jewelry Co., Ltd., Yiwu Wenyan Trading Co., Ltd., Yiwu Yangli E-Commerce Co., Ltd., Yiwu Yanyan Jewelry Co., Ltd., Yiwu Yomo Jewelry Factory and Zaoqiang County Daying Town Caoyi Fur Factory | N/A |
| **Defaulting Defendants** | Guangzhou New Nice Jewelry Co.ltd, Hainan Tanghui Industrial Co., Ltd., Hunan Saiqun Network Co., Ltd., Jinhua Hotway Jewelry Co., Ltd., Jinhua Wucheng Iyan Trading Firm, Lihui Import And Export Limited, Nanjing Zhongyi Trading Co., Ltd, Shenzhen Huaxin Jewelry Co., Ltd., Wenzhou Tudou Packaging Co., Ltd., Xiamen Bliss E-Commerce Co., Ltd., Xiamen | N/A |

| | | |
|---|---|---|
| | Yirepin Industry And Trade Co., Ltd., Yiwu Busheng Import And Export Co., Ltd., Yiwu Fangxin Trading Co., Ltd., Yiwu Hongmao Trading Co., Ltd., Yiwu Jojo Fashion Accessories Co., Ltd., Yiwu Lianjie Jewelry Co., Ltd., Yiwu Market Union Co., Ltd., Yiwu Ouzi Jewelry Factory, Yiwu Shanglan Jewelry Co., Ltd., Yiwu Yanyan Jewelry Co., Ltd., Yiwu Yomo Jewelry Factory, Baoding Baigou Zhuoqun Leather Products Co., Ltd., Fuzhou Green Star Fashion Life Co., Ltd., Fuzhou Internet Star Information Technology Co., Ltd., Guangzhou Tinlee Leather Co., Ltd., Henan Songkun Import And Export Ltd, Henan Xiaokangning Import And Export Co., Ltd., Nantong Aohong Electronic Commerce Co., Ltd., Ningbo Royal Union Co., Ltd., Quanzhou Bolisi Trading Co., Ltd., Shenzhen Meiliyisheng Trading Co., Ltd., Yiwu Be Lucky Handbag Co., Ltd., and Zaoqiang County Daying Town Caoyi Fur Factory | |
| **Alibaba** | Alibaba.com Singapore E-Commerce Pte. Ltd. and/or any other entity that owns and/or operates the Alibaba.com online marketplace platform, which allows manufacturers, wholesalers and other third-party merchants, like Defendants, to advertise, offer for sale, sell, distribute and ship their wholesale and retail products originating from China directly to consumers across the world and specifically to consumers residing in the U.S., including New York | N/A |
| **AliExpress** | AliExpress E-Commerce One Pte., Ltd. and/or any other entity that owns and/or operates the AliExpress.com online marketplace platform, which allows manufacturers, wholesalers and other third-party merchants, like Defendants, to advertise, offer for sale, sell, distribute and ship their wholesale and retail products originating from China directly to consumers across the world and specifically to consumers residing in the U.S., including New York | N/A |
| **Sealing Order** | Order to Seal File entered on May 23, 2024 | 1 |
| **Compl.** | Plaintiff's Complaint filed on May 23, 2024 | 5 |
| **ED** | Epstein Drangel LLP, counsel for Plaintiff | N/A |
| **New York Address** | 244 Madison Ave, Suite 411, New York, New York 10016 | N/A |
| **App.** | Plaintiff's *ex parte* Application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts (as defined *infra*) and Defendants' Assets (as defined *infra*) with the Financial Institutions (as defined *infra*); 3) an order to show cause why a | 13-19 |

| | | |
|---|---|---|
| | preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service and 5) an order authorizing expedited discovery | |
| **App. MOL** | The Memorandum of Law Filed in Support of Plaintiff's App. | 13 |
| **TRO** | 1) Temporary Restraining Order; 2) Order Restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) Order to Show Cause Why a Preliminary Injunction Should Not Issue; 4) Order Authorizing Bifurcated and Alternative Service; and 5) Order Authorizing Expedited Discovery entered by the Court on June 3, 2025 | 20 |
| **Lambert Dec.** | Declaration of Nicolas Lambert in Support of Plaintiff's Application | 15 |
| **Nastasi Dec.** | Declaration of Gabriela N. Nastasi in Support of Plaintiff's App. | 14 |
| **Loewe Products** | Luxury women's and men's leather goods, clothing, perfume and other fashion accessories | N/A |
| **Loewe Marks** | U.S. Trademark Registration Nos.: 1,328,409 for for a variety of goods in Classes 18 and 25; 4,852,854 for for a variety of goods in Class 25; 5,754,088 for for a variety of goods in Classes 18 and 25; 5,946,699 for for a variety of goods in Class 18 and 25; 4,693,808 for for a variety of goods in Class 14; 5,343,342 for for a variety of | N/A |

| | | |
|---|---|---|
| | goods in Class 24; 5,999,318 for for a variety of goods in Class 3; 5,047,314 for for a variety of goods in Classes 3, 9, 14, 18 and 25e; 4,036,941 for a variety of goods in Class 3; 6,458,330 for for a variety of goods in Classes 3 and 4; 6,235,345 for for a variety of goods in Class 3; 2,655,473 for for a variety of goods in Class 9; 2,770,759 for "LOEWE" for a variety of goods in Class 25; 2,079,138 for "ESENCIA LOEWE" for a variety of goods in Class 3; 2,099,086 for "AIRE LOEWE" for a variety of goods in Class 3; 1,122,323 for "LOEWE" for a variety of goods in Classes 16, 18 and 20; 2,770,759 for "LOEWE" for a variety of goods in Class 25; 3,021,208 for "SOLO LOEWE" for a variety of goods in Class 3; 5,332,346 for "CASA LOEWE" for a variety of goods in Class 35; 1,513,278 for "LOEWE" for a variety of goods in Class 3 and 14; 6,458,158 for "LOEWE HONESTY" for a variety of goods in Class 3; 6,274,715 for "LOEWE" for a variety of goods in Class 9; 4,152,315 for "AURA LOEWE" for a variety of goods in Class 3; 5,477,594 for "LOEWE" for a variety of goods in Class 24; 6,458,331 for "LOEWE" for a variety of goods in Classes 3 and 4; 4,801,597 for "LOEWE" for a variety of goods in Class 35; 7,349,718 for "LOEWE AIRE" for a variety of goods in Class 3; 4,948,683 for | |

| | | |
|---|---|---|
| | "LOEWE 001" for a variety of goods in Class 3; 7,349,717 for "LOEWE SOLO" for a variety of goods in Class 3; 7,349,719 for "LOEWE 7" for a variety of goods in Class 3; 2,698,284 for "LOEWE" for a variety of goods in Class 9; 6,647,043 for "PAULA'S IBIZA" for a variety of goods in Classes 18, 24 and 25; and 4,906,598 for "ECLECTIC" a variety of goods in Class 3 | |
| **Loewe Design** | U.S. Design Patent No. D774,299 entitled "Handbag" | N/A |
| **Counterfeit Products** | Products bearing or used in connection with the Loewe Marks and/or marks that are confusingly similar to the Loewe Marks, and/or products in packaging and/or with labeling bearing the Loewe Marks and/or marks that are confusingly similar to the Loewe Marks, and/or products that are identical or confusingly similar to the Loewe Products, and/or products using or identical to the Loewe Design | N/A |
| **Infringing Listings** | Defendants' listings for Counterfeit Products | N/A |
| **User Accounts** | Any and all websites and any and all accounts with online marketplace platforms such as Alibaba and/or AliExpress, as well as any and all as yet undiscovered accounts with additional online marketplace platforms held by or associated with Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them | N/A |
| **Merchant Storefronts** | Any and all User Accounts through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them operate storefronts to manufacture, import, export, advertise, market, promote, distribute, display, offer for sale, sell and/or otherwise deal in Counterfeit Products, which are held by or associated with Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them | N/A |
| **Defendants' Assets** | Any and all money, securities or other property or assets of Defendants (whether said assets are located in the U.S. or abroad) | N/A |
| **Defendants' Financial Accounts** | Any and all financial accounts associated with or utilized by any Defendants or any Defendants' User Accounts or Merchant Storefront(s) (whether said account is located in the U.S. or abroad) | N/A |
| **Financial Institutions** | PayPal Inc. ("PayPal"), Payoneer Inc. ("Payoneer"), the Alibaba Group d/b/a Alibaba.com payment services (e.g., Alipay.com Co., Ltd., Ant Financial Services Group), PingPong Global Solutions, Inc. | N/A |

| | | |
|---|---|---|
| | ("PingPong") and Airwallex (Hong Kong) Limited ("Airwallex") | |
| **Third Party Service Providers** | Online marketplace platforms, including, without limitation, those owned and operated, directly or indirectly by Alibaba and/or AliExpress, as well as any and all as yet undiscovered online marketplace platforms and/or entities through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them manufacture, import, export, advertise, market, promote, distribute, offer for sale, sell and/or otherwise deal in Counterfeit Products which are hereinafter identified as a result of any order entered in this action, or otherwise | N/A |
| **Show Cause Hearing** | June 28, 2024 hearing to show cause why a preliminary injunction should not issue | N/A |
| **PI Order** | The Preliminary Injunction Order entered on June 28, 2024 | 18 |
| **DJ Motion** | Plaintiff's Motion for Default Judgment and a Permanent Injunction Against Defaulting Defendants filed on July 6, 2026 | 61-63 |
| **Levine Aff.** | Affidavit by Melissa J. Levine in Support of Plaintiff's DJ Motion | 62 |

This matter comes before the Court by motion filed by Plaintiff for the entry of final judgment and permanent injunction by default against Defaulting Defendants for Defaulting Defendants' trademark infringement, trademark counterfeiting, patent infringement, false designation of origin, passing off and unfair competition and related state and common law claims arising out of Defaulting Defendants' unauthorized use of Plaintiff's Loewe Marks and/or Loewe Design, without limitation, in their manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying or offering for sale and/or selling and/or sale of Counterfeit Products.

The Court, having considered the Memorandum of Law and Affidavit of Melissa J. Levine in support of Plaintiff's Motion for Default Judgment and a Permanent Injunction Against Defaulting Defendants, the Certificates of Service of the Summons and Complaint, the Certificate of the Clerk of the Court stating that no answer has been filed in the instant action, and upon all other pleadings and papers on file in this action, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

## I. Defaulting Defendants' Liability

1) Judgment is granted in favor of Plaintiff as to the First, Second and Fourth Causes of Action pleaded in the Compl. (trademark counterfeiting, trademark infringement and patent infringement).

## II. Damages Awards

1) IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that because it would serve both the compensatory and punitive purposes of the Lanham Act's prohibitions on trademark counterfeiting and willful infringement and the Patent Act's prohibitions on willful infringement, and because Plaintiff has sufficiently set forth the basis for the statutory damages

award requested in its Motion for Default Judgment, the Court finds such an award to be reasonable and Plaintiff is awarded as follows:

(a) $75,000.00 against each of the following twenty-one (21) Defendants:, Guangzhou New Nice Jewelry Co.ltd, Hainan Tanghui Industrial Co., Ltd., Hunan Saiqun Network Co., Ltd., Jinhua Hotway Jewelry Co., Ltd., Jinhua Wucheng Iyan Trading Firm, Lihui Import And Export Limited, Nanjing Zhongyi Trading Co., Ltd, Shenzhen Huaxin Jewelry Co., Ltd., Wenzhou Tudou Packaging Co., Ltd., Xiamen Bliss E-Commerce Co., Ltd., Xiamen Yirepin Industry And Trade Co., Ltd., Yiwu Busheng Import And Export Co., Ltd., Yiwu Fangxin Trading Co., Ltd., Yiwu Hongmao Trading Co., Ltd., Yiwu Jojo Fashion Accessories Co., Ltd., Yiwu Lianjie Jewelry Co., Ltd., Yiwu Market Union Co., Ltd., Yiwu Ouzi Jewelry Factory, Yiwu Shanglan Jewelry Co., Ltd., Yiwu Yanyan Jewelry Co., Ltd., and Yiwu Yomo Jewelry Factory pursuant to 15 U.S.C. § 1117(c);

(b) $250.00 ~~$750.00~~ against each of the following twelve (12) Defendants: Baoding Baigou Zhuoqun Leather Products Co., Ltd., Fuzhou Green Star Fashion Life Co., Ltd., Fuzhou Internet Star Information Technology Co., Ltd., Guangzhou Tinlee Leather Co., Ltd., Henan Songkun Import And Export Ltd, Henan Xiaokangning Import And Export Co., Ltd., Nantong Aohong Electronic Commerce Co., Ltd., Ningbo Royal Union Co., Ltd., Quanzhou Bolisi Trading Co., Ltd., Shenzhen Meiliyisheng Trading Co., Ltd., Yiwu Be Lucky Handbag Co., Ltd., and Zaoqiang County Daying Town Caoyi Fur Factory pursuant to 35 U.S.C. § 289

plus post-judgment interest calculated pursuant to the statutory rate.

## III. <u>Permanent Injunction</u>

1) IS FURTHER ORDERED, ADJUDGED AND DECREED, that Defaulting Defendants, their respective officers, agents, servants, employees and all persons acting in concert with or under the direction of Defaulting Defendants who receive actual notice of this Order are permanently enjoined and restrained from:

A. manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, making, using offering for sale, selling and/or otherwise dealing in Counterfeit Products or any other products bearing one or more of the Loewe Marks and/or Loewe Design and/or marks and/or designs that are confusingly similar to,

identical to and constitute a counterfeiting and/or infringement of the Loewe Marks and/or Loewe Design;

B. operation of Defaulting Defendants' User Accounts and Defaulting Defendants' Merchant Storefronts, including, without limitation, continued operation of Defaulting Defendants' User Accounts and Merchant Storefronts in violation of this Order;

C. directly or indirectly infringing in any manner any of Plaintiff's Loewe Marks and/or Loewe Design;

D. using any reproduction, counterfeit, copy or colorable imitation of Plaintiff's Loewe Marks and/or Loewe Design to identify any goods or services not authorized by Plaintiff;

E. using Plaintiff's Loewe Marks, or any other marks that are confusingly similar to the Loewe Marks on or in connection with the manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling and/or otherwise dealing in the Counterfeit Products;

F. making, using, selling, importing and/or offering to sell products that infringe the Loewe Design;

G. using any false designation of origin or false description, or engaging in any action which is likely to cause confusion, cause mistake and/or to deceive members of the trade and/or the public as to the affiliation, connection or association of any product manufactured, imported, exported, advertised, marketed, promoted, distributed, displayed, offered for sale or sold by Defaulting Defendants with Plaintiff, and/or as to the origin, sponsorship or approval of any product manufactured, imported, exported, advertised, marketed, promoted, distributed, displayed, offered for sale or sold by

Defaulting Defendants and Defaulting Defendants' commercial activities with Plaintiff;

H. secreting, concealing, destroying, altering, selling off, transferring or otherwise disposing of and/or dealing with: (i) Counterfeit Products; (ii) any computer files, data, business records, documents or any other records or evidence relating to their User Accounts, Merchant Storefronts or Defaulting Defendants' Assets and the manufacture, importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale and/or sale of Counterfeit Products; and

I. effecting assignments or transfers, forming new entities or associations, or creating and/or utilizing any other platform, User Accounts, Merchant Storefronts or any other means of importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale and/or sale of Counterfeit Products for the purposes of circumventing or otherwise avoiding the prohibitions set forth in this Order.

2) IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defaulting Defendants must deliver up for destruction to Plaintiff any and all Counterfeit Products and any and all packaging, labels, tags, advertising and promotional materials and any other materials in the possession, custody or control of Defaulting Defendants that infringe Plaintiff's Loewe Marks or bear any marks that are confusingly similar to the Loewe Marks pursuant to 15 U.S.C. § 1118.

3) IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defaulting Defendants and all persons in active concert and participation with them who receive actual notice of this Order, including the Third Party Service Providers and Financial Institutions who satisfy those

requirements in this Order and are identified in this Order, are permanently enjoined and restrained from:

A. secreting, concealing, transferring, disposing of, withdrawing, encumbering or paying Defaulting Defendants' Assets from or to Defaulting Defendants' Financial Accounts.

4) IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defaulting Defendants and all persons in active concert and participation with them who receive actual notice of this Order, including the Third Party Service Providers and Financial Institutions who satisfy those requirements and are identified in this order are permanently enjoined and restrained from:

A. operation of Defaulting Defendants' User Accounts and Defaulting Defendants' Merchant Storefronts, including, without limitation, continued operation of Defaulting Defendants' User Accounts and Merchant Storefronts in violation of this order; and

B. instructing, aiding or abetting Defaulting Defendants and/or any other person or business entity in engaging in any of the activities referred to in subparagraphs III(1)(A) through III(1)(H), III(3)(A) and III(4)(A) above .

## IV. Dissolution of Rule 62(a) Stay ~~and Asset Turnover Pursuant to N.Y. C.P.L.R. § 5225~~

1) IT IS FURTHER ORDERED, as sufficient cause has been shown, the 30-day automatic stay on enforcing Plaintiff's judgment, pursuant to Fed. R. Civ. Pro. 62(a) is hereby dissolved.

## V. Miscellaneous Relief

1) Defaulting Defendants may, upon proper showing and two (2) business days written notice to the Court and Plaintiff's counsel, appear and move for dissolution or modification of the provisions of this Order;

2) Any failure by Defaulting Defendants to comply with the terms of this Order shall be deemed contempt of Court, subjecting Defaulting Defendants to contempt remedies to be determined by the Court, including fines and seizure of property;

3) The Court releases the Twenty Thousand U.S. Dollar ($20,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY 10017; and

4) This Court shall retain jurisdiction over this matter and the parties in order to construe and enforce this Order.

**SO ORDERED.**

SIGNED this _29th_ day of _September_, 2026~~, at _________ __.m.~~

New York, New York

Jennifer Rochon
HON. JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE